**Paul Holtman BOLLER, Appellant, v. UNITED STATES of America.**

No. 14695.

United States Court of Appeals
Eighth Circuit.

March 6, 1953.

Harry M. Reed and Bruce Hughes, Waterloo, Iowa, for appellant.

Michael L. Mason, U. S. Atty., Mason City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court, 105 F.Supp. 543, dismissed with prejudice, on dismissal of appeal filed by appellant.

**Margaret Mason CRAWFORD, Appellant, v. UNITED STATES of America et al.**

No. 14801.

United States Court of Appeals
Eighth Circuit.

March 13, 1953.

T. C. Jones and T. H. Miller, Des Moines, Iowa, for appellant.

William R. Hart, U. S. Atty., and Henry T. McKnight, Des Moines, Iowa, for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee United States of America.

**Francis G. KEAS, Appellant, v. UNITED STATES of America.**

No. 14696.

United States Court of Appeals
Eighth Circuit.

March 6, 1953.

Harry M. Reed and R. Bruce Hughes, Waterloo, Iowa, for appellant.

Michael L. Mason, U. S. Atty., Mason City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court, 105 F.Supp. 543, dismissed with prejudice, on dismissal of appeal filed by appellant.